Daniel H. Govind
High Desert State Prison
P.O. Box. 3030
Susanville, Ca. 96127
CDC-K17945, B-GYM-318L

ORIG
Court

**FILED**

E-filing

MAY 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## SAN FRANCISCO

**CRB**

CV CASE NO: **2591** **(PR)**

Daniel H. GOVIND
Plaintiff.
Vs.
Mr.T. FELKER\WARDEN et AL
DEFENDANTS

MOTION FOR INJUNCTIVE
RELIEF. COMPLAINT
UNDER CIVIL RIGHT ACT.
DEMAND FOR JURY Trial.
EMERGENCY APPEAL.

Defendants: Including.
(1) The Director of Corrections
(2) Mr. T. Felker \Warden.
(3) MR. T. PEREZ \ Associates Warden.
(4) MR. R.K. WONG. \ Associates Warden.
(5) MR. Gamberg \ Prison Sergeant.
(6) MR. Koenig \ Prison Sergeant.
(7) MR. Micon— Prison Sergeant.
(8) MR. Cagle — Prison Sergeant.
(9) MR. Hale — Prisoner's Counselor. CC-II
(10) MR. Kots — Prisoner's Counselor-CC-I
(11) MR Shawab— Correctional Officer.

(1)

(12) MR. Fiegener - Prison Counselor.

(13) Dr. James - Treating Physician.

(14) Dr. David - Treating Physician.

(15) Dr. Roche - Chief Medical Officer.

## GENERAL ALLEGATION.

(1) This is a Complaint for Injunctive Relief and Damages for Defendants' deliberate Indifference to the Serious Medical Needs, Retaliation, and Harassment, during His confinement by the CDCR- at High Desert State Prison, Susanville, California.

(2) This Action Authorized by U.S.C. SS 1983 to Redress Grievance, The Deprivation, under Color of State Law, of Rights Secured by The Constitution of United States.

(3) Plaintiff Seeks Declaratory Relief Pursuant to 28 USC. Sect. 2201 and 2202. Inclusive:- 28 USC. Sect. 2283. and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

(4) Petitioner is a 63 years old Male, EAST INDIAN/Hindu Inmate. His Religious Belief Prohibits eating Beef/Pork. Prison officials Disregarded His Religious Belief.

(5) Petitioner Suffers from a Significant Herniation of a Disc Rupture in His Lumber Spine, Arthritis in Both Arms and Legs, Diabetic, CHRONIC LUNGS, and Heart Disease " Open Heart Surgery" 3X By Pass. Suffered Five Pneumonia, High Blood Pressure, Hearing and Vision Impaired.

(6) Petitioner is and was at all Relevant Times Mentioned Herein an Inmate in the Custody, Control and Care of CDCR-Employees

at various Correctional Institutions, including High Desert State Prison, Susanville. Plaintiff Has Been an Level-III inmate at High Desert State Prison in Level-IV, High Security Prison Since May 2005. At all times during His incarceration, Plaintiff Has Relied on the Medical Care Provider at CDCR-Prison to Provide Him With the Necessary Medical Care and Housed in Proper Institution Based upon His Classification Score.

(7)    Defendants at all times Relevant Herein were employed by The CDCR-at High Desert State Prison. Plaintiff is informed and Believes, and thereon Alleges, That Defendants were Properly Trained Staff of CDCR — and Has Been Responsible for the Safety, Security, and over all Well-Being of all inmate Including Plaintiff at HDSPrison.

(8)    At all times Mentioned Defendants were Acting Under Color of State Law, Misuse of Power, Possessed by Virtue of State Law and Made Possible only because The Wrongdoers were Clothed with Authority of State Law, Culpability: Deserving of Blame or Censure for Being wrong, evil, improper And Injurious.

### ARGUMENT

(1)    Pursuant to Title-15-CCR-3084.1(a) the CDCR-Policy Clearly States that an Inmate under the Department's Jurisdiction, who has an Adverse effect upon His welfare Has the Right to Appeal Departmental Decision, action, Condition and underground Policy. The Prison Grievance Procedure is a Procedural Right for fair Decision. See. Bradley V. Hall 64 F.3d.

1276 (9th Cir 1995) Petitioner Has Exhausted His Administrative Remedies.

(2)     The Adverse effect described Herein as Involuntary Placement in (Gym) Triple-Bunk Level-IV. Institution, Highest Security Prison, which is Not Consistent With Petitioner's Placement Score. Petitioner is Disable, is unable to Sit in Triple Bunk during Count. Petitioner Has Various other Illness which Aggravates in the overcrowding. (EXHIBIT- A)

(3) The CDCR- Rules Provides Prisoners to enjoy the Privileges Based on their assign-ment to a Privilege group. See Title-15- CCR-3044. It does Not Authorize them Knowingly to force an ADA Inmate into -Triple Bunk in Gym Housing, in an overcrowding, unsanitary, Inhumane ghastly Confinement. See, Williams V. Griffin 952. F.2d. 820 (4th Cir 1991) Deliberate Indifference to Harsh Living Condition Deprives Medical Care of "Basic Human Need" Such as Tooth Brush, Tooth Paste, Soap, Sanitary Napkins, Cleaning Product, Fresh Air, food, Exercise, Clothings. The unsafe condition are Serious and extreme and Causes injury and Discomfort. Deliberate Indifference to Medical Needs, see Estelle 429 US at 104. also Gutierrez V. Peters 111 F.3d. 1364. 1369. (7th Cir 1997). Also deprivation of Serious Medical Needs Constitutes the unnece-ssary and Wanton Infliction of Pain, Prescribed by the 8th Amendment. See, Estelle V. Gamble 429. U.S. 97, 97.S.Ct. 285, 50 L.Ed. (1976) further-Confiscating Medical Apparatus, See, Evans V. Dugger

(4)

908 F.2d. 801 (11th Cir 1990) Ignore Plantiff's serious Medical Needs, Health and Safety. Intentionally Placing Petitioner in Dangerous Surroundings. See, Cortes-Quinones V. Jimenez-Nettleship 842 F.2d. 556 (1st cir 1988).

(4) Deliberate Indifference, when Prison Official's Knowingly Confiscated Plaintiff's legal and Personal Property, and Destroyed it. Pursuant to Title-15-CCR-3190 (r) Plaintiff Went out to Court (OTC) The Prison officials Should have Inventoried All His Property and secured in R+R until He Returns from Court. In the Instant Case, Petitioner Went out to Court on 2/28/07 and Returned on 4/4/07. The Institutional officials Destroyed His two Boxes of legal and Personal Property, and Refused to Compensate. (See EXH B )

(5) Plaintiff was also Assaulted twice at HDSPrison, He has been Identified Enemy Concern. The Documentary and testimonial evidence showing that Prison official had been Notified of the threat against Petitioner. See, Pope V. Shafer 86 F3d. 90. (7th Cir 1996) Petitioner Was Endorsed to Pleasant Valley State Prison in 2005, 2006, 2006. The Prison officials caused delay for no Proper Reason, which violates the fundamental conception of Justice, and caused Substantial Prejudice. The Intentional delay in order to gain a Tactical Advantage over The Petitioner.

(6) The Defendants have a duty to Protect Prisoners from Violence at the Hands of other Prisoners. They also must House Inmates in a Proper Institution according to their classification scores, and Provide Adequate Medical Care. A Constitutional Violation occurs when The Danger of Harm is.

(5)

"Sufficiently Serious" and where the Prison officials act with deliberate Indifference to Prisoners Health and Safety. See, Farmer V. Brenan (1994) 511 U.S. 828 (114. S.ct. 1970). It is hard to Confront the deceptions and Lies of HDSPrison officials Including the Warden. Petitioner Can only Imagine the Daunting challenge faced by Maximum Security Prisoners Confronting deceptions and lies perpetrated by their Keepers. There is No Meaningful checks and Balances of life inside Prison Industrial Complex, the system as a whole Remains a closed book, a Black Hole in a Putatively open Society.

(7) The whole Process in this case is a violation of fundamental fairness under the Due Process clause Holding Racial Discrimination strikes fundamental Value of Judicia System and Society as a whole denying Petitioners the Protected Constitutional Rights to equal Protection of United States Constitution. The Due Process of Law is intented to Secure Citizen against any Arbitrary deprivation by the Government of Rights Relating to life, liberty and Property.

(8) Petitioner Maintains that HDSPrison officials Acted Contrary to Their own Rules and Regulation. Their interpretation of Regulation is clearly arbitrary, Capricious and has no Reasonable Basis. The Court Should not Hesitate to Reject the Prison officials Decision which is Completely Contradictory to plain, Mandatory language of those CDCR Regulations. (6)

(9) Violation of Religious Right, Dietary Needs, and Medical Care plays a Major Role at HOSPrison. Here, there is only one Hindu Inmate and His Religious Right is Not Recognized by the Defendants; See - Robles V. Coughlin 725. F. 2d. 12 (2nd Cir 1983); Ashelman V. Wawr Zaszek 111 F3d. (9th Cir 1997); Beerheir V. Suthers 286 F.3d. 1179. (10th Cir 2002), Makin V. Colorado Dept. of Corrections. 183. F. 3d. 1205. (10th Cir 1999).

(9) There is No Exercise, Fresh air in "Gym" it is full of Dust, unclean, inhumane Condition. Are Serious and extreme, and Causes injuries and discomfort. See, Keenan V. Hall 83 F.3d. 1083, 1089. (9th Cir 1996); Delaney V. Detella 256. F. 3d. 679. (7th Cir 2001); Alvarado V. Litcher 267 F.3d. 648 (7th Cir 2001)

(10) Inhumane Confinement, Lack of Sanitation and Hygiene, overcrowding "Triple Bunks" full of Dust and "Human odor" Morally offensive Smell, Very Cold, inadequate Clothings, No pillows," Chronic Asthma, Heart Disease, Diabetic and Arthritis. See, Despain V. uphoff 264 F.3d. 965. (10th Cir 2001). also see, Rhodes V. Chapman. 452. U.S. 337 (1987).

(11) Mental and Emotional Injury: Plaintiff has suffered and Continue to suffer Imminent Threat to physical and mental disorder, It would Worsen his condition because Prison officials (Defendant's) have Destroyed

(7)

His Medications, Medical Apparatus, Active Legal Materials including Value eables, my T.V. Set, Radio-Cassets, C.D. Player, Rang'n Typewriter. And several other Items, which They Refuse to Replace. See Thompson V. Caeter 284. F.3d. 411 (2d. Cir 2002) (See Exhibit- B)

(13) Equal Protection under Fourteenth Amendment including Due Process Violation of Federal Rights. See, Benjamin V. Coughlin 905 F 2d. 571 (2d cir 1990); Cruez V. Beto, 405 US. 319. (1972) and. Martinez V. City of Los Angeles, 141 F.3d. 1373 (9th Cir 1998) Petitioner Contends Due to Retaliation He Has Been force to live in "Gym" Triple Bunk. No Consideration was given to Petitioners classification Scores, His Medical Condition. Just Because Petitioner Has a Law Suit Pending against HDSPrison He Was Forced to Live in "Gym" And He Has been Deprived of His Life, Liberty and Property. The HDSPrison official Disregarded the Federal Law not to House inmate into Gym.

✓ See, Wolff V. McDonnell, 418 U.S. 539 (1974) Sardin V. Conner 515. U.S. 472. (1995) The Treatment in "GYM" Living is Atypical and Significant Hardship to Plaintiff's life, Related to the ordinary incident of Prison life. See- Oliver V. Scott. 276 F.3d. 736. 741 ('5th Cir 2002) Petitioner claims His Liberty Interest to be free from Cruel and unusual Punishment. See, Sealey V. Giltner 197. F.3d. 578. (2d Cir 1999).

⑧

13) On December 08, 2006 the Representative from Susanville, District Attorneys office Conducted a Tape Recording Testimony of the Plaintiff Regarding a Staff Assault by Thirteen Inmates. Plaintiff Testified for the Institution and was Promissed to be transferred out of High Desert State Prison. Several Endorsement has been expired and Plaintiff is still not Transferred. Petitioner Request that Court ask for written testimony from officer schwab, Capt. Perez, Sgt Cagle and Sgt Gamburg, The HDS Prison Mr. Hale Makes His own Rules to Retain Petitioner in High Security - Level - IV "Gym". Petitioner is Disable, suffering from Various illness, Fears for His life, Because every Day the yard goes down, every Second Day a inmate gets Stabbed, every Week a officers gets assaulted. Petitioner is unable to Sleep due to Asthma Chronic Heart Disease, Arthritis and Noise Day and Night. He can not even Sit in His Bunk due to Triple Bunk.

14) Petitioner Has a Law Suit against Prison officials, A Terrible but common Consequence of Plaintiff's Activism is Retaliation, They Block Preparation and filing of grievances, They open and Read legal Mails, They Refuse to Respond to CDC-602 Appeals, They Refuse to give Pen and Papers, They Purposely Destroyed Medical Apparatus, Medications, legal Material and Personal Property.

15) Plaintiff is unable to fully exhaust his Administrative Remedies (Grievances System) Because Defendants Refuse to Respond.

(9)

and Petitioner is Facing a "Irreparable Harm" at the Present time, Irreparable Harm is an Injury that Would Cause Permanent Harm that Can not be fixed, it Could also Lead to a Premature Death. Petitioner Do Not Wants to Die in Pain and Sufferings Rather Request this Court, if Petitioner is without Relief, He Respectfully Request that He Be Put to Death by Lethal Injection, that would stop Prolonged Pain and Suffering in "Gym Housing".

(16) Petition Request that it is a Serious Matter and in an Emergency Situation for an Injunctive Relief; See Jackson V. District of Colombia 254 F. 3d. 262. (D.C Cir 2001) The Injunctive Relief Would also Serve the Public Interest as Well; See Mayweather V. Newland 258 F.3d. 930 (9th Cir 2001)

(17) Petitioner's Medical Condition as described herein Constitutes a Serious Medical Need, Deliberate Indifference Would Result in further significant Injuries, Cruel and unusual Punishment, and ongoing failure to treat, it is likely to cause more Serious injury. Plaintiff's Medical Condition significantly affects His Activities in Prison each and every Day. Furthermore, Denying or Delaying Transfer is Obstruction of Justice. Petitioner Maintain His Constitutional Right in this Action and Seeks Justice, done late is Better than Justice not done at all, and Denial of Constitutional Right

(10)

is a Miscarriage of Justice, See, People V. Breverman, Supra 19 Cal. 4th 2d. P175

(18) Upon Information and Belief, Petitioner thereon Alleges that Defendant's including the Warden Mr. Felker is in a position of Authority such that he could arrange, or Order to be arranged a Transfer for Petitioner away From High Desert State Prison, where Petitioner is not Subjected to Retaliation and fearful for his Wellbeing and Safety. Petitioner Further alleges that Defendant's Knows of Petitioners alleged Retaliation and His fear for enemies at HDSP, yet Defendant's Refused to facilitate Petitioner's Transfer.

(19) Petitioner is entitled to Injunctive Relief, "TRO" An Order Requiring His Transfer away From High Desert State Prison; where He will not be Subjected to Retaliation Instigation and or Ratified by any of the Defendant's. There is no adequate Remedy at Law to Protect Petitioner From Said Retaliation, and without the Equitable Relief Sought he is Suscetible to great and Irreparable Injury, The Balance of the Hardship Tips Markedly towards Petitioner in that there would be Little or No Prejudice or Harm to the Defendants should Plaintiff be Transferred away From High Desert State Prison, Susanville. But great Harm to Plaintiff should he be Required to stay

(11)

at High Desert State Prison, Susanville.

## PRAYER FOR RELIEF.

Wherefore, Petitioner Respectfully Prays for Relief as follows: -

(1) That the Court enter Judgment Declaring the Acts of Defendant's Violated the Right of Plaintiff under the Eighth Amendment and fourteenth Amendment of the United States Constitution.

(2) That the Court Grant the Injunctive Relief.

(3) That the Court Grant the Transfer Away from the High Desert State Prison, Susanville.

(4) That the Court Grant Replacement of all Property Lost and Damaged including the legal Material and Medical Apparatus. That the Court Grant such other further Relief to Plaintiff as it deems Appropriate.

Petitioner Declares under Penalty of Perjury that the foregoing is True and Correct.

Executed on 20th Day of May 2008 at High Desert State Prison, Susanville.

Respectfully Submitted

Daniel H. Govind.

(12)

# EXHIBIT A

```
CMEQ K17945                        GOVIND, DANIEL, HARRY                        PAGE 01
  *** MOVEMENT HISTORY - MOST RECENT MOVEMENT FIRST ***   RPT DATE: 04/04/2007


04/04/2007   TRANSFERRED      TO HDP    ADSEG     FROM NKPRC

04/03/2007   TRANSFERRED      TO NKPRC            FROM RCC
                              ENROUTE TO HDP

04/02/2007   TRANSFERRED      TO RCC              FROM RJDRC
                              ENROUTE TO HDP

03/15/2007   TEMP RELEASE     TO OTC   FROM RJDRC  CUSTODY: CDC/SD    RET SAME DAY
                              PLAINTIFF/CASE#03CV487 LAB (RBB)/UNITED STATES
                              DISTRICT COURT

03/14/2007   TEMP RELEASE     TO OTC   FROM RJDRC  CUSTODY: CDC/SD    RET SAME DAY
                              PLAINTIFF/CASE#03CV487LAB (RBB)/UNITERD STATES
                              DISTRICT COURT

03/13/2007   TEMP RELEASE     TO OTC   FROM RJDRC  CUSTODY: CDC/SD    RET SAME DAY
                              PLAINTIFF CASE#03CV487 LAB(RBB)/UNITED STATES
                              DISTRICT COURT

   P/N PRESS ENTER FOR NEXT PAGE
```

Received 5 BOX ES Only c/o Bisford.

MISSING 2 BOXES.

Rcvp 3/26/07
at 6PM

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL H. GOVIND,                        03CV487 LAB (RBB)

12                         Plaintiff,        [PROPOSED]

13              v.                           ORDER & WRIT OF HABEAS
                                             CORPUS AD TESTIFICANDUM TO
14  LIEUTENANT W. R. ADAMS et al.,           TRANSPORT PLAINTIFF, DANIEL
                                             H. GOVIND, CDCR No. K-17945
15                         Defendants.

16

17

18        Plaintiff, DANIEL H. GOVIND, CDCR No. K-17945, a necessary and material witness

19  and party in proceedings in this case, is confined at High Desert State Prison in the custody of the

20  Warden. In order to secure this inmate's attendance at the March 13, 2007, trial in Courtroom 9 of

21  the United States District Court for the Southern District of California, it is necessary that a Writ of

22  Habeas Corpus Ad Testificandum issue commanding the custodian of DANIEL H. GOVIND, CDCR

23  No. K-17945, to produce said inmate in **Courtroom 9 of the United States District Courthouse,**

24  **940 Front Street, San Diego, California 92101,** the Honorable Larry A. Burns presiding,

25  beginning on March 13, 2007, at 9:00 a.m.

26  //

27  //

28  //

[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM          03CV487 LAB (RBB)

ACCORDINGLY, IT IS ORDERED that:

1.    A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the Warden of High Desert State Prison and the California Department of Corrections and Rehabilitation to produce the inmate DANIEL H. GOVIND, CDCR No. K-17945, to testify in United States District Court for the Southern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

2.    The custodian of inmate DANIEL H. GOVIND, CDCR No. K-17945, is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this Order.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California:

YOU ARE COMMANDED to produce inmate DANIEL H. GOVIND, CDCR No. K-17945, to testify before the United States District Court for the Southern District of California at the time and place above, and from day to day until completion of the proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

FURTHER, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian of inmate DANIEL H. GOVIND, CDCR No. K-17945, with a copy of this writ.

IT IS SO ORDERED.

Dated: _____          _____
                                 The Honorable Larry A. Burns
                                 United States District Court Judge

1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | RICHARD WOLFE
Supervising Deputy Attorney General
5 | TERRENCE F. SHEEHY, State Bar No. 203986
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 645-2618
Fax: (619) 645-2581
9 |
Attorneys for Defendant Sims
10 | SD2003800405

11

12                    IN THE UNITED STATES DISTRICT COURT

13                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | DANIEL H. GOVIND,                          CASE NO. 03CV487 LAB (RBB)

16 |                               Plaintiff,   **DECLARATION OF S. ROCHE,
                                                M.D. IN SUPPORT OF**
17 |          v.                                **DEFENDANT SIMS'S
                                                OPPOSITION TO PLAINTIFF'S**
18 | LIEUTENANT W. R. ADAMS et al.,             **MOTION FOR AN INJUNCTION
                                                AND ORDER OF TRANSFER**
19 |                               Defendant.

20

21

22 |        I, S. ROCHE, M.D., declare as follows:

23 |        1.    I am employed by the California Department of Corrections (CDC) as the acting

24 | Chief Medical Officer at High Desert State Prison. I have been licensed to practice medicine in the

25 | State of California since 1975. This declaration is made in support of Defendant Sims's Opposition

26 | to Plaintiff, Daniel Govind's (CDC# K-17945) Motion for an Injunction and Order of Transfer. I

27 | have read Plaintiff's Motion for an Injunction and Order of Transfer and am familiar with his

28 | allegations of the inadequate medical treatment he has received at High Desert State Prison.

1   2. I have reviewed Plaintiff's medical records, which follow him from prison to prison.

2 Plaintiff has a history of asthma, emphysema, cardiac disease, hypertension, glaucoma, hearing

3 impairment, diabetes, neuropathy, feet problems, and tuberculosis.  Based on my experience,

4 knowledge, and qualifications as a medical physician, and my familiarity with the medical staff and

5 medical facilities here at High Desert State Prison, I find that the medical personnel and medical

6 facilities at High Desert State Prison are adequate to properly treat and care for Plaintiff's medical

7 conditions.

8   3. A Confidential Medical/Mental Health Information Transfer-Sending Institution form

9 (CDC 7371) was completed at High Desert State Prison for Plaintiff when he arrived at High Desert

10 State Prison. This form, completed by Registered Nurse M. Marlow on March 28, 2005, documents

11 Plaintiff's significant medical problems, medications prescribed, and pending medical appointments.

12   4. Plaintiff completed a Health Care Services Request form (CDC 7362) on April 1,

13 2005, complaining of allergies, coughing blood, diabetic sugar check and food problems.  A

14 registered nurse performed routine triage on Plaintiff on April 2, 2005, noted that Plaintiff refused

15 to follow his insulin regime, and scheduled a routine doctor's appointment for Plaintiff for April 12,

16 2005. Plaintiff was then examined by Dr. A. Pomazal on April 12, 2005. Dr. Pomazal noted

17 Plaintiff complained of coughing up blood, but that he did not do so during the examination. Dr.

18 Pomazal assessed Plaintiff with insulin-dependant diabetes mellitus, reactive airway disease/asthma,

19 low back pain, glaucoma, and foot pain and recommended Plaintiff continue on the numerous

20 medications he was previously prescribed. Since that examination, Plaintiff has sought and received

21 his medication refills.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

Decl. of S. Roche in Support of Def.'s Opp'n.
to Mot. for Inj.                Case No. 03CV487 LAB (RBB)

2

1      5.   It is my opinion that Plaintiff's treatment at High Desert State Prison was and is in

2 all respects medically reasonable and appropriate. My review of Plaintiff's medical file shows he

3 received a proper and timely examination and treatment for his complaints associated with coughing

4 up blood and related complaints. Plaintiff is incorrect when he claims in his motion that High Desert

5 State Prison cannot provide him with proper medical care or that Dr. Pomazal refused to renew his

6 prescriptions for medications. Dr. Pomazal's April 12, 2005 notes specifically indicate Plaintiff is

7 to continue on with the medications he has been prescribed.

8

9      I declare under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct to my personal knowledge. I am competent and willing to testify to the

11 matters stated herein.

12

13     Executed this 2 4th day of July, 2005, at Susanville _____ California.

14

15                                   cmo/HCM

                                    S. ROCHE. M.D.

16

17

    70030356.wpd

18

19

20

21

22

23

24

25

26

27

28

Decl. of S. Roche in Support of Def.'s Opp'n.
to Mot. for Inj.                                      Case No. 03CV487 LAB (RBB)

ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

CDC 114-D (Rev 10/98)

| DISTRIBUTION | |
|---|---|
| WHITE- CENTRAL FILE | CANARY- WARDEN |
| BLUE- INMATE (2ND COPY) | PINK- HEALTH CARE MGR |
| GREEN- ASU GOLDENROD-INMATE(IST) | |

| INMATES NAME | | I INMATES NUMBER |
|---|---|---|
| | GOVIND | K-17945 |

## REASON (S) FOR PLACEMENT ( PART A )

☒ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL CONDUCT

☒ ENDANGERS INSTITUTION SECURITY      ☐ UPON RELEASE FROM SEGREGATION NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OR CIRCUMSTANCES WHICH SUPPORT REASON (S) FOR PLACEMENT

On Wednesday, April 04, 2007, you are being placed into Administrative Segregation. Specifically, you went OTC from HDSP AD-SEG, On 2-27-07. You returned to HDSP on 4-4-07. Due to the aforementioned, you are deemed an immediate threat to the safety and security of the institution. You will remain in Administrative Segregation pending Administrative review on Single Cell Status. This placement will effect your custody level, credit earning, privilege group, and visiting status. Inmate Govind is not a participant in the Mental Health Delivery System, and his T.A.B.E. score is above 4.0.

☐ CONTINUED ON ATTACHED PAGE ( CHECK IF ADDITIONAL)          IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE;    /  /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | | TITLE |
|---|---|---|---|---|
| 4/4/07 | B. BEVAN | | | CORRECTIONAL LIEUTENANT |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
| 4-4-07 | 1850 | T. Reiner glu | | |

| ☐ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER K17945 |
|---|---|---|

## ADMINISTRATIVE REVIEW (PART B)

THE FOLLOWING IS TO BE COMPLETED DURING THE INITIAL REVIEW BY CAPTAIN OR HIGHER BY THE FIRST WORKING DAY FOLLOWING PLACEMENT

| STAFF ASSISTANT (SA) | | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | | TITLE |

IS THIS INMATE:

| | | | |
|---|---|---|---|
| LITERATE? | | EVIDENCE COLLECTED BY IE UNNECESSARY | ☐ YES ☐ NO |
| FLUENT IN ENGLISH? | ☐ YES ☐ NO | DECLINES ANY INVESTIGATIVE EMPLOYEE | ☐ YES ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☐ YES ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES ☐ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☐ YES ☐ NO | DECLINED IST INVESTIGATIVE ASSIGNED | ☐ YES |
| DECLINES FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | |

☐ NOT ASSIGNED    Any *NO* requires SA assignment          ☐ NOT ASSIGNED    Any *NO* requires IE assignment

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER      ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| ☐ NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |
|---|---|---|

## WITNESSES REQUESTED FOR HEARING

| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/ CDC NUMBER |
|---|---|---|---|
| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC NUMBER |

DECISION: ☐ RELEASE TO UNIT/FACILITY_____      ☐ RETAIN PENDING ICC REVIEW    ☐ DOUBLE CELL    ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION

| ADMINISTRATORS REVIEWERS PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATORS REVIEWERS SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATORS PRINTED NAME ( IF NECESSARY) | | CORRECTIONAL ADMINISTRATORS SIGNATURE ( IF NECESSARY) | | DATE OF REVIEW |

See Chronological Classification Review Document ( CDC-128-G ) for specific hearing information

EXHIBIT B

APPEALS SCREENING FORM

OTHER MESSA BYES

TO: ___GOVZND___   ___K1794 5___   ___D6-108'___

NAME   CDC NUMBER   HOUSING

ER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS

] 1. The action or decision being appealed is not within the jurisdiction of the department. Per CCR 3084.3(c)(1)   #5
  ☐ Submit BPT-1040 directly to the Records Office.
  ☐ Submit directly to your Parole Region.

] 2. You have submitted a duplicate appeal containing the same issue. Per CCR 3084.3(c)(2)
  ☐ Your first appeal is currently under review at the _____ level.   Log # _____.
  ☐ Your first appeal has been completed at the _____ level.   Log # _____.
  ☐ Your first appeal was screened-out and returned to you with instructions.

] 3. The appeal concerns an anticipated action or decision. Per CCR 3084.3(c)(3)

☑ 4. You have not attempted to resolve the grievance at the informal level. [Per CCR 3084.3(c)(4)] USE A USAVE ON
  Obtain an informal response by sending your appeal directly to:
  ☐ The Property Officer (R&R)   ☒ The Staff member(s) You Refer To %BIGFORD   ☐ The Clothing Room
  ☐ Your Counselor   ☐ Unit Staff   ☐ Food Services
  ☐ Inmate Assignment   ☐ Trust Office   ☐ The Mailroom
  ☐ The Medical Department   ☐ Other _____.   ☐ Records Office

☑ 5. The appeal is incomplete or necessary supporting documents are not attached. *(If necessary, you may obtain copy(ies) of requested documents by sending your request with a signed trust withdrawal form to the Records Office.)* Per CCR 3084.3(c)(5)
  ☐ CDCR 115 Hearing Officer's results and Supplemental Reports (entire completed 115.)   ☐ CDCR 128G ICC/UCC/CSR
  ☐ CDCR 839/840 Class/Reclass Score Sheet   ☐ CDCR 114D Lock Up Order
  ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
  ☐ Complete/Sign/Date the CDCR-602 section(s) _____ return to ☐ appeal's office   ☐ see above.
  ☒ Remove excess attachments and attach only (1) additional written page (front and back), per DOM 54100.
  ☐ Receipts:   ☐ CDCR 143 Prop Transfer Receipt   ☐ Cell Search Slip   ☐ CDCR-1083   ☐ _____.

] 6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints. Per CCR 3084.6(c) and 3084.3(c)(6) _____ / _____.

] 7. The appeal is filed on behalf of another inmate or parolee. Per CCR 3084.3(c)(7)

] 8. Abuse of the Appeal Process:
  ☐ Inappropriate Statements. An appeal containing false information, profanity, slanderous or obscene language shall be rejected, per California Code of Regulations CCR 3084.4(b) & DOM 54100.7.
  ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c).
  ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(d):
    ☐ Failure to sign CDCR-1858 as required
    ☐ Failure to return a completed copy of CDCR-115 as requested
    ☐ Failure to return signed and dated CDCR-602 as requested
    ☐ Other _____.
  ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
  ☐ This is a request for information; it is not an appeal. Use form GA-22, Inmate Request for Interview.
  ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period. Per CCR 3084.4(a)(1-4)
  ☐ You are attempting to change your original appeal issue.

] 9. Other
  ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05-03.
  ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal.

YOU MUST REMOVE EXCESS ATTACHMENTS

YOU MAY ONLY ATTACH DOCUMENT
DATED 9/9/07

YOU MUST GET AN INFORMAL RESPONSE

; L. CHAPMAN, CCII SUPERVISOR/ D. JACKSON, CCII / M. DANGLER, CCII

Appeals Coordinator   DATE   SEP 1 4 2007

SEE REVERSE FOR ADDITIONAL INSTRUCTIONS
→ PERMANENT ATTACHMENT ←

CDCR FORM 695
IDSB APPEALS OFFICE

4-11e

STATE OF CALIFORNIA

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. HDSP- D
2.

Log No.
1. 07-03585
2.

DEPARTMENT OF CORRECTIONS

Category
5
other MCOSR BOX

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| GOVIND | K17945 | A1A | D6-108L |

A. Describe Problem: MISSING Property:- My Property Was Rolled on [...] By Sgt Hamburg and Sgt Cagle, The Property Inventory List CDC-1083. Clearly states [...] Box [...] I wrote Several CDC-602 Trying to Locate my Property, Finally, [...] Officer [...] Box [...] I ASKED him for the other Two (2) BOXES, And He stated that's all He Could find. Write a CDC-602 For the other Two(2) Missing BOXES.

If you need more space, attach one additional sheet. Continued on page #1.

B. Action Requested: I Request that you Locate the other Two (2) Missing BoxES, as it Contains Urgent Court Documents and I have Court Deadline. Also the other Missing Items may be inside Those Two BoxES. THKS.

Inmate/Parolee Signature: Date Submitted:

C. INFORMAL LEVEL (Date Received: 10/24/07

Staff Response: Partialy GRANTED, I DID LOOK FOR Your Two BOX's, but was unable to Find Them

Staff Signature: R#R Date Returned to Inmate: 10/21/07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Officer Bisford have Partially Granted this appeal, stating he was unable to find the other two BOXOS. I was also Interviewed by a Sergeant but no Settlement was Reached. I need another interview to settle This claim Peacefully and Quickly. THKS

Signature: Date Submitted: 18/22/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E Inmate Claim

Received OCT 0 4 2007 HDSP Appeals

OCT 2 4 2007

CDC Appeal Number:
9/14/07 5/-#5 REMOVE EXCESS

First Level ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **10-24-07**   Due Date: **12-10-07**

Interviewed by: SERGEANT W. KOENIG.

SEE ATTACHED

Staff Signature: _____   Title: Sgt   Date Completed: 12/10/07

Division Head Approved:
Signature: _____   Title: ___   Returned
Date to Inmate: 12-14-07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Associate Warden Central operations R.A. Castro.
I totally Disagree With your comment's, Because you did
not personally interview me, and that you have only
heard one side of the Story by Sgt W. Koenig. Cont.P 3,4.

Signature: _____   Date Submitted: 12/14/07

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____   Due Date: _____
☐ See Attached Letter

Signature: _____   Date Completed: _____
Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to:   Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter.
Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA
**INMATE PROPERTY INVENTORY**
CDC 1083 Rev (2/00)

*(handwritten top)* N-101 LL — 5 OF 7 BOXES 9 F/O DEPARTMENT OF CORRECTIONS
DLUBY C/O BIGFORD.

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| GOVIND. S | K-17945 | | H.D.S.P | 12/10/06 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| L70 A/5CL | C/O | AD/SEG | 7 |

## CANTEEN ITEMS

| | | | |
|---|---|---|---|
| ☐ Cereal | ☐ Cheese | | |
| ☐ Cocoa | ☐ Cookies | | |
| ☑ Crackers | ☑ Creamer | | |
| ☑ Dry Meat 5 | ☐ Dry Drink Mix | | |
| ☐ Health Foods | ☐ Protein Supplement | | |
| ☐ Vitamins | ☑ Soup 10 | | |
| ☐ Nuts 2/30¢ | ☑ Sugar Cubes 6 1/2 | | |
| ☑ Tea | ☑ Instant Coffee | | |
| ☐ Soda | ☐ Peanut Butter | | |
| ☐ Jelly | ☐ Chips | | |
| ☐ Honey 2 1/2 | ☐ Pork Rinds | | |
| ☑ Hot Sauce 2/2 | ☐ | | |

### Stationary Items

| | |
|---|---|
| ☐ Envelopes | ☐ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☐ Pens |
| ☐ Writing Paper | ☐ Pencils |

### Hygiene Items

| | |
|---|---|
| ☐ Razor | ☐ Tweezers |
| ☐ Shaving Cream | ☐ After Shave |
| ☐ Nail Clippers | ☐ Nail Polish |
| ☑ Soap 6 | ☑ Soap Dish 2 |
| ☑ Toothpaste 1 | ☐ Mouthwash |
| ☐ Baby Powder | ☐ Talc |
| ☐ Shampoo | ☐ Conditioner |
| ☑ Hair Grease/Gel | ☑ Deodorant 5 |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☑ Other: BABY OIL |

### Tobacco Items

| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Lighter |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

### Other Items

| | |
|---|---|
| ☐ Immersion Heater | ☑ Tumbler 1 |
| ☑ Bowl 2 | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: |

## PERSONAL ITEMS

| | | | |
|---|---|---|---|
| ☐ Photo Albums | ☐ Photos | | |
| ☐ Cassette Tapes | ☑ CDs 3 | | |
| ☐ Religious Medallion | ☐ Ring G S | | |
| ☐ Chain G S | ☐ Earrings G S | | |
| ☑ Watch G S | ☐ Wallet | | |
| ☐ Prescription Glasses | ☐ Sunglasses | | |
| ☐ Handkerchief | ☐ Wash Cloth | | |
| ☐ Magazines | ☐ Books | | |
| ☐ Address Book | ☐ Calendar | | |
| ☐ Shoe Horn | ☐ Shaving-Bag | | |
| ☐ Brush | ☐ Comb | | |
| ☐ Cosmetic Bag | ☐ Perm Rods | | |

### Clothing Items

| | |
|---|---|
| ☑ B/B Hat 2 | ☐ Watch Cap |
| ☐ Head Band 2 | ☐ Gloves |
| ☑ Shower Thongs | ☐ Slippers |
| ☐ Sweat Pants | ☐ Sweat Shirt |
| ☑ Tennis Shoes 1 | ☐ Raincoat |
| ☐ Thermal Top | ☐ Thermal Pants |
| ☐ Bras GRY | ☐ Panties |
| ☑ Gym Shorts 1 | ☐ Athletic Supporter |
| ☐ Slip | |

### Games

| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | HINDU OIL |

**Other**

HEAD PHONES KOSS
(4) ACCLT (1), MISC MEDS
(1) BACK BRACE
(1) ARM BRACE
(4) RICE (4) BEAN 1/2
(1) TRIMMUR, BELT.
1 MAYO, SEWING KIT

**Hobby Items**

MISC MEDS SGNT TO
M.T.A.S.
6 SPICE, HOT POT.
MISC LEGAL WORK.
TOOTH BRUSH (2)
Q-TIPS
3 TUCKS. (1) SPOON
RIBBON
M IARR 1C TYPEWRITER

## NON-EXPENDABLE ITEMS

| | |
|---|---|
| ☑ Televisions ☒ | ☐ A/C Adapter |

Operational ☑ Yes  ☐ No
Model: SECURE VIEW
SR/N: A10U

| | |
|---|---|
| ☐ CD/Cassette Player | ☑ A/C Adapter |

Operational ☐ Yes  ☐ No
Model: _____
SR/N: _____

| | |
|---|---|
| ☐ Radio | ☐ A/C Adapter |

Operational ☐ Yes  ☐ No
Model: _____
SR/N: _____

☐ Musical Instruments
Operational ☐ Yes  ☐ No
Type: _____
Model: _____
SR/N: _____

☑ Typewriter
Operational ☑ Yes  ☐ No
Model: CANON
SR/N: 8406.

☐ Fan
Model: _____

| | |
|---|---|
| ☐ Lamp | ☐ Electric Shaver |
| ☐ Blow Dryer | ☐ Hair Dryer |
| ☐ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

_____
_____
_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|
| E/O  MISSING | |

---

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below: |
| INMATE'S SIGNATURE: X _____   DATE 2-11-06 | INMATE'S SIGNATURE: _____   DATE: |
| RECEIVED IN R&R BY: _____  INSTITUTION _____  DATE _____ | |

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.

CDC-143                                              DEPARTMENT OF CORRECTIONS
                          PROPERTY TRANSFER RECEIPT


TO: HDSP

FROM: FOLSOM STATE PRISON                    DATE: 03/26/05


| K17945 | GOVIND | (5) BOX (ES) | SCHEDULE "T" |


============================================================================
MISC LETTERS & PAPERS· MISC COSMETIC ITEMS/MISC CLOTHING ITEMS/MISC CANTEEN
ITEMS·
============================================================================
VALUABLE PROPERTY: 1. WATCH. 1. RCA C/13 COLOR TV #1001 (OPERATIONAL). 1. JWINN
BOOMBOX. 1. NORELCO TRIMMER. 1.CANNON ELECTRIC TYPEWRITER #8406


THIS CONSTITUTES ALL MY PROPERTY: X _____  3/26/05
                                        INMATE SIGNATURE

INVENTORIED BY: T. PEBLER, ON 3.25.05


                                   _____
                                                Signature
                                            C/O    FSP
                                            Title/Institution


I hereby acknowledge receipt of the above property.

                                   _____
                                                Signature

                                   _____
                                            Title/Institution

(168)  ☐ ORIGINAL

# INMATE'S PROPERTY CARD

NUMBER: ___K-17945___

NAME: ___GOVIND___

## PERSONAL PROPERTY

| VALUABLES | | | CLOTHING | | |
|---|---|---|---|---|---|
| HEADPHONES Koss | 01 | 1 | BELT & BUCKLE | 01 | 1 |
| RADIO/CASSETTE PLAYER Jwin 0235 | 01 | 1 | BASEBALL CAP | 01 | 1 |
| WALKMAN DISC PLAYER | 01 | | WATCH CAP | 01 | |
| CASSETTE PLAYER | 01 | | DENIM JEANS | 02 | 2 |
| CASSETTES/CD's | 10 | | GLOVES | 01 | |
| TELEVISION Securevieu Dion | 01 | 1 | SWEAT PANTS/SWEAT SHIRTS | 01 | 4 |
| WATCH (W.M.) (Y.M.) | 01 | 1 | SHOES/TENNIS R.Ball | 01 | 1 |
| RING (W.M.) (Y.M.) | 01 | | SHOWER THONGS | 01 | |
| RELIGIOUS MEDAL/CHAIN (W.M.) (Y.M.) | 01 | | SHORTS | 01 | |
| GLASSES-Rx | 01 | | SOCKS | 06 | 4 |
| GLASSES-Sun | 01 | | UNDER SHIRTS | 06 | 10 |
| TUMBLER w/LID | 01 | | THERMAL BOTTOMS | 02 | |
| BOWLS w/LID | 02 | 2 | THERMAL TOPS | 02 | |
| EXTENSION CORD | 01 | | HANDKERCHIEFS | 06 | |
| BIBLE | 01 | 1 | WASH CLOTHS | 02 | 2 |
| BOOKS/MAGAZINES | 10 | 7 | SCARF | 01 | |
| CD CASE | 01 | | ATHLETIC SUPPORTER | 01 | |
| IMMERSION HEATER Facility A/B | 01 | | WALLET | 01 | |
| BANDANNAS | 02 | | NAIL CLIPPERS | 01 | 1 |
| BEARD TRIMMER/SHAVER Norelco | 01 | 1 | HOT POT - WESTBEND ONLY | 01 | |
| TYPEWRITER Cannon | 01 | 1 | FAN | 01 | |
| ADDRESS BOOK | 01 | | BOXERS | 06 | |
| BOOK LIGHT | 01 | | | | |
| A/c Adapter | | 1 | | | |
| 1 Case Calculator | | 1 | | | |
| Ty | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Copy 6-14-05*

Per 3191(B) I hereby acknowledge receipt of the above mentioned articles and understand I must have them in my possession when leaving this institution, unless properly removed by the R&R Sgt. I also acknowledge that if I alter any appliance in any fashion, that appliance will either be mailed home at my expense or donated to H.D.S.P.

(120)

State of California                                        Department of Corrections and Rehabilitation
                                                                          High Desert State Prison

# **M**emorandum

Date    :   August 9, 2007

To      :   Inmate Govind, K17945
            FDB6-108L

Subject :   **CORRESPONDENCE RESPONSE**

This is in response to your correspondence to Warden Felker dated August 2, 2007, regarding
your ASU/Protective Custody placement and your allegations of loosing your property,
inadequacy of medical care, food, fresh air and sanitary supplies.

Your allegations are taken very seriously and facility staff has been directed to ensure that
policies and procedures are followed. However, your concerns will not be addressed in this
venue and must be addressed through the inmate appeals process. By addressing these issue
through this process in it ensures the proper documentation, tracking and resolution of the
problem.

I hope this information is of assistance. If you feel policies and procedures are not being
adhered to, I recommend you utilize the inmate appeals process, via a CDCR-602 Form, as
your administrative remedy.

R.K. Wong

R. K. WONG
Associate Warden
Complex II

Warden Response Govind K17945

OF CALIFORNIA
2 (9/92)

INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|
| 2 0/07 APPEALS COORDINATOR | Govind | K17945 |

| NG | BED NUMBER/ WORK ASSIGNMENT | | JOB HOURS | |
|---|---|---|---|---|
| D5-116L | Ad-Seg. | FROM | TO | Original |

ASSIGNMENT (SCHOOL THERAPY, ETC.) Subject: "Missing Property"

ASSIGNMENT HOURS FROM Treat as TO

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

On Dec. 8, 2006 I was Placed in Ad-Seg. Sgt Gamboa
failed to Collect all my Property from my Cell
A2-116L. I wrote a 602 Appeal in JAN - 07
And your Office informed me by a - (P.T.E

Do NOT write _ _ ow this line. If more space is required, write on back.

VIEWED BY _____ DATE

SITION

5-22-07
This is a copy of original that was shredded due to being
folded closed with an unknown yellowish substance.

W. White

5/23/07  YOU HAVE SUBMITTED 46 APPEALS TO HDSP APPEALS
OFFICE  OF WHICH 18 HAVE BEEN ASSIGNED LOG #'s.

PROPERTY ISSUE APPEAL  WAS SCREENED OUT ON 12/20/06

AN INFORMAL LEVEL  WAS ASSIGNED ON 2/16/07
TO AN  COMPLET I  WITH A DUE DATE OF 3/5/07
                          THE APPEALS OFFICE

Inmate Appeal Assignment Notice than my Appeal was sent a AW for Actioning. On Feb 27, 2007 I was transfered to R.J.D. Prison and I came back on 4/4/07 and I wrote a Request to Appeal Coordinator Early April 2007 an a until to date I have not heard from your office. I do not have the Appeal assignment Notice with me. It is in my Property and the AD-Seg Property officer to Rohrbach told me that my Property have not arrived from Donovan Prison. I Therefore would like your office to please look into your Computer and advise me where about my CDC-602. Thank you.

If you did not give me a log Number. Please try to give me a log Number.

TKS

Treat as Original

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE GOVIND, K17945                          Date: February 16, 2007
Current Housing: FDB8T1000000101L

From: INMATE APPEALS OFFICE

Re: APPEAL

ASSIGNED STAFF REVIEWER: AW COMPLEX I
APPEAL ISSUE: PROPERTY

Inmate GOVIND, this acts as a notice to you that your appeal has been sent to the above
staff for INFORMAL response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal to this office for the FIRST level of review.

State of California

Department of Corrections and Rehabilitations
High Desert State Prison

# Memorandum

Date    :    November 8, 2006

To    :    D. Govind, K-17945
Housing: FAB2-146L

Subject:    **TYPEWRITER RIBBONS**

High Desert State Prison is in receipt of your request to be allowed to order typewriter ribbons directly from Cannon. I verified that Cannon has discontinued the item and that all approved venders no longer carry the IR-100 ribbons for the Typestar Typewriter.

Cannon referred me to the Jack Duncan Company at 1-866-488-7381. Jack Duncan verified that the IR-100 ink ribbon is no longer available; however, the CR-100 is interchangeable. They stated that the CR-100 costs $20.00 per pack (2-cartridges per pack) and $5.00 shipping. They stated up to four (4) packs will fit in a priority envelope. The address is:

Jack Duncan Company
2800 Hunting Hill Lane
Decatur, Georgia 30033

The Jack Duncan Company stated that when they sell out of the CR-100's they will no longer be able to supply replacement ribbons for the Typestar Typewriter.

Should you decide to purchase these replacement ink ribbons from the Jack Duncan Company, insure approval is routed through the Receiving & Release. The Warden and Chief Deputy Warden have agreed to allow a one time purchase from this Company.

Should you have any further questions regarding this memorandum, contact your assigned Correctional Counselor.

R. A. CASTRO
Associate Warden
Central Operations

Memorandum within HDSP

GOVIND K17945 AD-Su
High Desert St. Prison
D-5-116L.
June 03, 2007.

MR T. PEREZ.
AW/Complex I
High Desert St. Prison.

Subject: Re "Missing Property"

Dear Sir,

On Dec, 8th 2006 I was Suddenly Placed in Ad-Seg by ASU/Sgt Cagel and Sgt Gomburg, the facts are clearly stated on CDC-602 Appeal

Sgt Cagel and Sgt Gamburg failed to Collect half of my Personal Property from my Cell A2/116L on 12/8/06.

On 12/20/06 I Wrote a CDC-602 Appeal and The Appeals Coordinator, Screened and forwarded it to you for actioning. On 2/16/07, and it was due back to Appeal Coordinator by 3/5/07.

On 2/27/07 I was transferred to Richard J. Donovan and I Returned on 4/4/07. Until todate I have Not Received any Response to my Appeal (See attached from Appeal's Coordinator)

This is a Question of greatest Importance and I ask most serious attention to it, One step towards my Remedy. It is clear distinct understanding of truth that your Staff failed to collect all my property from my Cell A2-116L on 12/8/06. It has Consequences which are awful, Tremendous, most Peculiar, miserable and uncomfortable, due to High Poverty and being Placed in Ad-Seg for such a long Period of time for No Special Reason.

Continued in Missing Property

Believe me, The Subject is no mere matter of speculation, but it is an Eminently Practical Subject, and it is absolutely necessary that arrangements should be made to Replace my missing Property without further delay.

I Thank you for your time and Cooperation and look forward in Resolving this matter Quickly and Amicably.

Thank you

Yours Sincerely

Daniel H. Govind.

(2)

Daniel H. Govind K17745
High Desert St. Prison
ASU (Protected Custody)
P.O. Box 3030
Susanville, Ca 96127

Mr. T. Perez
AW/Complex-1
High Desert St. Prison
Susanville, Ca 96127.

July 27, 2007

Re: "Missing Property"

Dear Mr. Perez,

        With Respect and Sincere hope I am Writing to you once again in regards to my Missing Property. At Present time I do not have any documents, i.e. CDC-602's nor the Appeals Coordinator's "Inmate Appeal Assignment Notice" on me as all my Property went Missing when I Returned from Richard J. Donovan Prison on April 04, 2007. Nevertheless, the Appeals Coordinator Confirms Sending my CDC-602 to you on 2/16/07 which was due back to appeals Coordinator on 3/5/07. (See Attached).

        Mr. Perez, Please note this is a Very Serious Matter and I Request your Serious attention to it. I have written several letters to you since April 04, 2007 and you have Completely disregarded to Response.

        On July 27, 2007 I spoke to Counselor Mr. Tamplen who also denied assistance, but suggested to Continue writing to you since you were assigned Staff Reviewer in this Case.

        I Therefore would Highly appreciate your Prompt action in Resolving this Matter Quickly and Amicably.

Thank you
Respectfully Submitted

Daniel H. Govind

Daniel Gouing D11945
High Desert State Prison
ASU (Protected Custody)
P.O. Box 3030
Susanville, Ca 96127

The Warden
High Desert St. Prison              August 01, 2007
Susanville, Ca 96127

Dear Sir,
        With Respect and Sincere hope I am
writing to you once again in Regards to my
Placement in ASU/Protected Custody (Loosing My
Property) Inadequate Medical Care and Basic
Needs, Such as food, Fresh air, and Sanitary
Supplies. (An Interview is also Important with Sgt. Caged)
        On April 04, 2007 when I Returned from Richard
J. Donovan Prison, I was informed by c/o Kalbach
that my Property did not arrive from Donovan.
I wrote several Request and CDC-602 and
until todate I have not Received any Responce.
I have four Cases Pending in Court and I
find it Very hard to corrospond without my
Property (All my Legal Materials are in my Property)
        In my last letter I also Requested for
Immediate Transfer, where I could be
Properly Accommodated to Receive Proper
Religious and Dietary Needs, Proper Medical
Care and Access to Court/law Library.
        Please Note, this is a Very Serious Matter
and I Request your Serious Attention to it.
I also Request for an face to face Interview
to fully describe all My Problems.
        I Thank you for your time and
Cooperation and look forward to hearing
from Soon.
                        Thank You
                        Respectfully Submitted

ASU- D-6- 108L
AUGUST- 12- 2007

TO. R.K. Wong
ASSOCIATE WARDEN
COMPLEX - II

Dear Sir,

I Thank you for your Letter dated Aug 9, 07. But with Respect, I would like to inform you That I am going through the toughtest time of my life, and this period of my life has been a living Hell. It is very hard for me to fully express on paper How I feel at Present time.

I Therefore would Highly Appreciate a face-to face Interview to fully express my concerns. I wrote several 602's and letters to the Warden, Associate Warden Complex-I, and to Appeal's Coordinator, And Counselor's. until today I never Received any Response from The Warden nor from AW Complex-I, Counselor's and Appeal's Coordinators do not understand what They are talking about, it makes no Sense to me.

I would likesgt Cagel and Sgt Gamburg to be Interview as They Promised me that I will be fairly treated in ASU, and they took full Responsibility to Collect all my Property from my Cell A2-116L on 12/8/06. whoever Collected my Property forget Half of my Personal Items. I wrote Several Request and a 602. my 602 dated 12/20/06 was screened and Sent to AW Complex-I. He failed to Response until today. Meantime I went to R.J.D. Prison and Came Back. left on 2/27/07 back on 4/4/07. Now I am trying to Locate my 602 and Property, And Appeals Coordinator tells me that I am Late. (I am not late at all)

The Institution is in Violation of my Administrative Procuderal Act and Their Policy and action has an Adverse effect upon my Welfare. I Therefore Request your Serious attention in Resolving this matter Quickly and Amicably.    Thank you
Truly your's

High Desert State Prison

September 10, 2007

To R.K. Wong
Associate Warden
HDSP Complex-II

Dear Sir,

This is my Second letter Regarding my Asu/Protected Custody and Immediate Transfer to a SNY/Institution. This Matter was Discussed with Sgt Cogle and District Attorney's office prior to obtain my testimony and Placed in Ad-Seg.

Furthermore, Losing my Personal Property and inadequate Medical Care. Suffering from Various illness, and Just going through chicken pox, Shingles, Swollen of Brain Continues Headace, eyes and Ear Pain, loss of two brothers in a Month, and thousand miles away from my wife and kids, I feel Hopeless. This Period of my life has been a living hell!

In your Last letter you Stated that I Should Address my Grievances on CDCR-602. Sir, I have been Raising all my Concern on CDCR-602, and on letters, unfortunately all my Concern am I Response. e.g. I wrote a 602 i am not getting any Response Regarding my missing Property. It was on 2/20/06 Regarding my missing Property. It was Screened and forwarded to Aw/Complex-I on 2/16/07 and was due back to Appeals office on 3/5/07. up till this date That Appeal is not actioned. your Staff tell me Run around The Circle like a Stupid fool.

This is a Question of great Importance. and I Seek most Serious attention to it. You have no time from to Response, but if a inmate fails to Response within 15 days he is automatically barred. your Policy and Procedure has an adverse effect upon my welfare. There is No adequate Remedy at law to Protect my Interest and without the equitable Relief Sought I am Susceptible to great and Irreparable injury. The Balance of The hardship to be Markedly towards me and no harm to you should I be transferre away from HDSP, but great harm to me should I Require to stay at this Institution. Please Reserve This 602/Property issue as soon as Possible. Thank you.

See Exhibit-Attached.                  Respectfully Submitted,

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|-----------|---------------------------|---------|----------|
| 1. _____ | 1. _____ | | |
| 2. _____ | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Govino | F17945 | Dining Hall | B2-123L |

A. Describe Problem: Subject: Request for Replacement of my Medical Apparatus. As Per my Property Claim Sgt W. Koenigs Confirms Sending a Box of my Medical Apparatus to Facility 'D' Clinic on August 12, 2007 and until to date I have not Received my Property Although I Made Several Request with 'B' Clinic. Items missing are 1 Pair Back Brace, 3 pairs Stockings, 2 Pair Knee Caps, 1 Pair Reading Glasses, and 1 Pair Customs Made Extra Dept Boots with Insoles.

If you need more space, attach one additional sheet.

B. Action Requested: Please Replace These Items as Soon as Possible, because I am unable to Perform my Regular Duties. I am in a lot of Pain and Sufferings. Refer 602-# HOSP.D-07 03587.

Inmate/Parolee Signature: _____ Date Submitted: 12/22/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

December 13, 2007

To Capt. Cochran
        HDS Prison.


Dear Sir,
        As per our Conversation today, Regarding
my Missing Property. The Los# HDSP D-07- 03585
my Property was Rolled on Dec 8, 2006 By Sgt Garmlang
and Sgt Cougle from A-yard.
        On Feb 27, 2007 I went to Court at RJD Prison
my Property was Not at RJD Prison.
        On APRIL 02, 2007 I left RJD Prison and
arrived HDS Prison on April 04, 2007
        I Wrote several Request and 602's and
finally on Sept 09, 2007 officer Bigford
Located 5 of 7 Boxes and Delivered it to
me in Db- 108. I am still Missing two Boxes.
        The COC-602 together with the Missing I tems
is with the Sergeant who Interviewed me on
Dec 10, 2007. You may Contact AW/R K wong who
should tell you the name of the Sergeant.
        Pursuant to CCR 3190(r) HDS Prison is
Still Responsible for all my Property Since
I went OTC and Returned. I never
Received my Property at RJD Prison.
        I would like to settle this claim as
Soon as Possible Since I have Several Cases
Pending in Court and my Type Writer has been
Broken. I am willing to settle this on Replace-
ment Basis (1) colored 13" T.V. (2) JWNW Boombox
(3) a Typewriter and I will Surrender my common
Typewriter. Please Work on this and let me
Know Soon.
                        Thank you
                        Biggee

Subject: Missing Property Continued:—

On Sunday, September 09, 2007 Cabieford Brought Five out of Seven (5 of 7) Boxes. He personally opened each Box and Examined each Items and Found Following Items Missing:—

1) ONE RCA C/B Color T.V. #1001r
(2) 10 Dry Meat San Pedro Fish
3) 2 B/B Hat
(4) 1 Gray Short
5) 1 Wallet
(6) 1 Back Brace
7) 1 Arm Bracer
(8) 4 Boxes Rice
9) 4 Bags Beans
(10) 10 Cannon Type Writer Ribbons
11) 1 TWINN BOOM BOX—
(12) 2 Pair Denim Jeans
13) 4 Pair Socks—
(14) 6 Under Shirts
15) 2 Wash Cloth—
(16) 1 Pair Reading Glasses
17) 2 Knee Cap Brace—
(18) 1 Pair Sweat Pants & Shirt
19) 3 Legal Files

Please, Make necessary arrangements to locate the other two Boxes or Replace all my Missing Property. I do not Want Money Damages.

Thank you

Respectfully Submitted

Daniel H. Gouing

(r)

Is Sgt Koenig Presume to Act in good faith, when He Blatantly Misstates the Law. It is improper for a Sergeant to Misstate the Law generally and Particularly to attempt to Absolve the Problem from the Prima Facie obligation to overcome Reasonable doubts.

Sgt Koenig improperly and incorrectly argued with me that HDSPrison is not Responsible for any loss of my Property. Although he Interview me twice, He never let me express my Concerns, nor he let me Review my 602 Appeal. I have Vision and Hearing Problems, but I paid proper attention to what Sgt Koenig was speaking about. On Both occasion I Requested his Permission to express my Concern, He Blatantly denied Stating he knows what Happen to my Property. He Refused and Disregarded my Concern, and stoped me from talking.

On Page 1 last Paragraph you stated that I have nothing else to Add to the Appeal. How Could I add any thing when He stoped me from talking. Sgt Koenig is a liar and I will not buy his Comment. I Request for an Independent Employee to fully investigate this matter and Personally Interview me to Protect my liberty Interest.

Please Believe me, the Subject is not a mere matter of Speculation, Rather it is an Eminently Practical issue and it is absolutely necessary for an independent employee to fully investigate this matter.

Pursuant to CCP 3190(r) High Desert St. Prison is fully Responsible for all my Property Because I went out to Court (OTC) HDSPrison Should have inventoried my Property and Secured in R&R until I Return from OTC. While I was at RJDPrison I contacted R&R on Several occasion and I was told my Property

(3)

Was not at RJD Prison. (see Ex. A) I was
kept Layouer at Wasco st. Prison for two nights
before I got to RJD Prison.
    I came back to HDS Prison on 4/4/07.
But I slep on night at chino, and one night
at Delano St. Prison. The Bus never came
Direct to HDS Prison. On arrival at HDS Prison
I wrote Several letters to Warden and b02 and
finally on Sept. 9, 07 c/o Langford Delivered 5&7
boxes. (see Ex. B). When I took my type
writer in my cell and tried it is Broken
and is unserviceable now. Therefore I
Request for a Replacement Typewriter as well.
    I spoke to Capt Cochrane and wrote him
a letter, He confirmed that my Items would
be Replaced. (Please Contact Capt Cochrane).
On one Second Page, Second Paragraph
you state that on August 31, 07 you Received
5 Boxes. from RJD Prison and on Aug 12, 07
you delivered a Box full of my medical
supplies to D-fac-Clinic. It is impossible
to Received 5 Boxes on Aug 31, and Delivered on
Aug 12, to D. Clinic. I have Written and
spoke to LBNs and they Confirmed not Receiving
any of my medical Supplies from R & R.
    For all of those Reason this Appeal
should be Granted and all my Property
in Question should be Replaced without
further Delay.

                    Thank you

                    Respectfully Submitted

Daniel A. Govind K11945
HDSPrison. B-Gym-318 L
P.O. Box. 3030
Susanville, Ca 96127

Inmate Appeals Branch        May 06, 2008
Sacramento.

        RE: IAB# 0720284 - HDSP-07-03875

Dear Sir,
        I Thank you for your letter dated
March 10, 2008, asking for Supporting Documentation.
"CDC-128G-Chrono's".
        I wrote Several Request to the
Counselor and CC-II Mr. Hale for a copy of
those chrono's. They failed and Refused
to Respond. On          I wrote a
CDC-602 to Mr. Hale and personally spoke
to him on 4/22/08. Mr. Hale called me
for an Interview on 5/5/08 and gave me
a copy of those Chrono's.
        Mr. Hale Further Denied my Request
for Transfer and Placed me in Gym-Triple Bunk.
I Have Various Medical Problems and I
can not get into the Triple Bunk, nor I
could sleep at night. I am in Serious
Pain and Sufferings and I Request This
Transfer is Granted without a Court order.
        Thank you

                Respectfully Submitted

# ...RAL DEPARTMENT OF CORRECTIONS AND REHABILITATION

NAME: **GOVIND**                    CDC #: **K17945**                    BED: **B2-123L**

## COMMITTEE ACTION SUMMARY

REFER TO CSR TO REAFFIRM CURRENT ENDORSEMENT TO PVSP III SNY OR ENDORSE TO HDSP IV SNY WITH IRREGULAR PLACEMENT DUE TO LIF/ENE, CONTINUE MED A CUSTODY AND WORK/PRIVILEGE GROUP A1 A UPON TRANSFER, PLACE ON THE B/SS AND BAII WAITING LISTS, DOUBLE CELL CLEAR.

## COMMITTEE'S COMMENTS

Inmate GOVIND appeared before High Desert State Prison's (HDSP's) Facility B Unit Classification Committee (UCC) today for his Program Review. GOVIND'S health appeared to be good and he was willing to proceed. GOVIND received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, GOVIND was introduced to the committee members. HDSP is in the process of converting its Facility B to an SNY Facility. Per HDSP ICC action dated 4/12/07 GOVIND was approved for SNY placement. GOVIND has a current endorsement to PVSP III SNY and that endorsement expires on 12/11/07. It is noted that HDSP Facility B does have level III SNY Gym housing, however, due to GOVIND'S life sentence he does not meet HDSP'S Gym housing criteria.

No case factors have changed, unless noted above, since the last CDC 128G containing case factors dated 4/12/05.

Based upon a review of GOVIND'S Central File, case factors, and through discussion with him, committee elects to: Refer to CSR to reaffirm current endorsement to PVSP III SNY or endorse to HDSP IV SNY with Irregular Placement due to LIF/ENE, continue MED A custody and work/privilege group A1 A upon transfer, place on the B/SS and BAII waiting lists, double cell clear.

At the conclusion of this review, GOVIND was informed of his Appeal Rights with regards to this committee's actions. GOVIND acknowledged his understanding and disagreed with committee's actions. GOVIND requested transfer to SATF III SNY stating that PVSP was ridden with disease.

**STAFF ASSISTANT**

Not Assigned: (Issues not complex and non-participant in MHSDS)

## INMATE CASE FACTORS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MEDA | 35/III | A1A 7/30/2002 | MEPD 5/8/2012 | 5.1 (R) | 10/1/2008 | OTH | Clear 4/5/2007 | IPCH 4/20/1... |

## COMMITTEE MEMBERS

**MEMBERS**
T. Kots, CCI

*CHAIRPERSON*
G. Hale, FC (A)

*RECORDER*
R. Dreith, CCI

Committee Date: 11/20/2007          **PROGRAM REVIEW**          Committee: B112007RTD1

By: RTD - Distribution: C-File & Inmate          **HIGH DESERT STATE PRISON**          Classification Chrono CDCR 128G (Rev: 10/06)

This chrono was given To I/m Govind on 5/5/08

G. Hale
CC-II

This chrono was given to I/m Govind on 5/5/08

G Hale
Lt-II

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS                    CDC 128-B (REV. 10/95)

CDC#: K17945          NAME: GOVIND

Comments]

*HDSP III (CONV)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Case Title) Daniel H. Govind

Plaintiff or Petitioner

Case Number:

MR. T. FELKER/WARDEN et al

Defendant or Respondent

**PROOF OF SERVICE**

I hereby certify that on    (Date)    5/20/2008    I served a copy

of the attached    Injunctive Relief. "TRO"

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

envelope in the United States Mail at    HIGH DESERT STATE PRISON

(List Name and Address of Each Defendant or Attorney Served)

U.S. DISTRICT Judge
Hon. Jeffery White
U.S. Court Couse
Division 1 Dept. #2.
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

State Attorney General.
U.S. Court Couse.
450 Golden Gate Ave.
San Francisco, Ca. 94102.

Director of Corrections
P.O. Box. 348780
300 Capitcal Mall
Sacramento, Ca 95814

The Warden
Mr. T. Felker
High Desert St. Prison
P.O. Box 2030
Susanville, Ca 96127.

I declare under penalty of perjury that the foregoing is true and correct.

DANIEL H. GOVIND

(Name of Person Completing Service)

GoVind K17845. B. Gym-318.
High Desert St. Prison
P.O. Box. 3030
Susanville, Ca. 96127





HIGH DESERT STATE PRISON

STATE PRISON

U.S. District Judge
Hon. Jeffery white
U.S. Court House Div-Dept. #
450 Golden Gate Ave
San Francisco, Ca. 94102