UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL H. GOVIND

Plaintiff

vs.

WARDEN/T. FELKER

Defendant(s)

E-filing  APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER:

I, _____DANIEL H.GOVIND KH7945_____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes          ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration.  HDS PRISON, SUSANVILLE

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?      ☐ Yes      ☒ No

   a.  If the answer is "Yes" state the amount of your pay.
       N/A

   b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
       NEVER EMPLOYED

3. In the past twelve months have you received any money from any of the following sources?
   NONE

   a. Business, profession or other self-employment          ☐ Yes      ☒ No

   b. Rent payments, interest or dividends                   ☐ Yes      ☒ No

   c. Pensions, annuities or life insurance payments         ☐ Yes      ☒ No

   d. Disability or workers compensation payments            ☐ Yes      ☒ No

   e. Gifts or inheritances                                  ☐ Yes      ☒ No

   f. Any other sources                                      ☐ Yes      ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4.  Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount:  ___N / A___

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value.  ___N / A___

6.  Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.
N / A

7.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NONE

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

___5/20/08___
DATE

DANIEL _____
SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $___-27.62___ on account to his/her credit at

___HIGH DESERT STAE PRISON___ (name of institution).  I further certify that during the past six months the applicant's average monthly balance was $___-0-___.  I further certify that during the past six months the average of monthly deposits to the applicant's account was $___-0-___.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

___5/20/2008___
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

See Trust Account form Attached.

```
REPORT ID: TS3030  .701                                                                    REPORT DATE: 04/17/08
                                                                                           PAGE NO:          1
                                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                                          HIGH DESERT STATE PRISON
                                        INMATE TRUST ACCOUNTING SYSTEM
                                        INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: APR. 01, 2008 THRU APR. 17, 2008

ACCOUNT NUMBER : K17945                         BED/CELL NUMBER: FBB2T100000123L
ACCOUNT NAME   : GOVIND, DANIEL HARRY              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION         COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

04/01/2008  BEGINNING BALANCE                                                   23.23

04/03 D554  INMATE PAYROL 08 4307 03                   12.00                    35.23
04/03 W213  FEDERAL FILIN 4343      FFF                              1.46        33.77
04/03 W213  FEDERAL FILIN 4343      FFF                              2.40        31.37
04/04 W516  LEGAL COPY CH 4384 04/04                                0.80        30.57

                          CURRENT HOLDS IN EFFECT

DATE                                                                    HOLD
PLACED   HOLD                                                           AMOUNT
         CODE    DESCRIPTION                        COMMENT

04/09/2008  H119  ARTIFICIAL APPLIANCE HOLD      4413AIDMOL            900.00

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS     TRANSACTIONS
 BALANCE     DEPOSITS    WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED

   23.23       12.00         4.66         30.57      900.00         0.00

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE

                                                         869.43-
```