IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND,<br><br>    Plaintiff(s),<br><br>vs.<br><br>T. FELKER, et al.,<br><br>    Defendant(s). | No. C 08-2591 CRB (PR)<br><br>ORDER OF TRANSFER<br><br>(Doc # 2) |

Plaintiff, a prisoner at High Desert State Prison in Susanville, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Lassen, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:   May 27, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Govind, D1.transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL H. GOVIND,

        Plaintiff,

v.

T. FELKER et al,

        Defendant.

Case Number: CV08-02591 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel H. Govind K-17945
High Desert State Prison
G-GYM-3181
P.O. Box 3030
Susanville, CA 96127

Dated: May 27, 2008

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk