**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 29, 2008

U.S. District Court
Eastern District of California
Office of the Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

RE: CV 08-2591 CRB(PR)  DANIEL H. GOVIND -v- T. FELKER ET AL

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☐ Original case file documents.

☒ Please access the electronic case file for the pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
Deputy Clerk
Date MAY 28 2008

**FILED**

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAY 28 2008
ENTERED IN CIVIL DOCKET _____

| | |
|---|---|
| DANIEL H. GOVIND, | )<br>) |
| Plaintiff(s), | ) No. C 08-2591 CRB (PR) |
| vs. | ) ORDER OF TRANSFER |
| T. FELKER, et al., | ) (Doc # 2) |
| Defendant(s). | ) |

# 4-Be

Plaintiff, a prisoner at High Desert State Prison in Susanville, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Lassen, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: May 27, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Govind, D1.transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL H. GOVIND,

        Plaintiff,

v.

T. FELKER et al,

        Defendant.
_____/

Case Number: CV08-02591 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel H. Govind K-17945
High Desert State Prison
G-GYM-3181
P.O. Box 3030
Susanville, CA 96127

Dated: May 27, 2008

                          Richard W. Wieking, Clerk
                          By: Barbara Espinoza, Deputy Clerk

CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-02591-CRB
### Internal Use Only

Govind v. Felker et al
Assigned to: Hon. Charles R. Breyer
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/22/2008
Date Terminated: 05/27/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Daniel H. Govind**   represented by   **Daniel H. Govind**
K-17945
High Desert State Prison
G-GYM-3181
P.O. Box 3030
Susanville, CA 96127
PRO SE

V.

**Defendant**

**T. Felker**
*Warden*

**Defendant**

**Deputy Warden T. Perez**

**Defendant**

**R.K. Wong**
*Associate Warden*

**Defendant**

**Gamberg**
*Prison Sergeant*

**Defendant**

**Koenig**
*Prison Sergeant*

**Defendant**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
Deputy Clerk
Date MAY 2 9 2008

**Micon**
*Prison Sergeant*

**Defendant**

**Sgt. Cagle**

**Defendant**

**Sgt. Hale**

**Defendant**

**Kots**
*Counselor*

**Defendant**

**Shawab**
*Correctional Officer*

**Defendant**

**Fiegener**
*Counselor*

**Defendant**

**James**
*M.D.*

**Defendant**

**David**
*M.D.*

**Defendant**

**Roche**
*Chief Medical Officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2008 | 1 | COMPLAINT against all defendants. No Process. Filed byDaniel H. Govind. (mcl, COURT STAFF) (Filed on 5/22/2008) (Entered: 05/23/2008) |
| 05/22/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Daniel H. Govind. (mcl, COURT STAFF) (Filed on 5/22/2008) (Entered: 05/23/2008) |
| 05/22/2008 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (mcl, COURT STAFF) (Filed on 5/22/2008) (Entered: 05/23/2008) |
| 05/22/2008 |  | CASE DESIGNATED for Electronic Filing. (mcl, COURT STAFF) (Entered: 05/23/2008) |
| 05/27/2008 | 4 | ORDER TRANSFERRING CASE to the Eastern District of California. Signed by Judge Charles R. Breyer on 5/27/08. (Attachments: # 1 Certificate |

| | | |
|---|---|---|
| | | of Service)(be, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/28/2008) |
| 05/29/2008 | 5 | Letter from Clerk transferring case to U.S. District Court, Eastern District of California. (Attachments: # 1 Certified Transfer Order)(mcl, COURT STAFF) (Filed on 5/29/2008) (Entered: 05/29/2008) |